**FILED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MIGUEL ANGEL ACEVEDO SERRANO, | § | |
| | § | |
| Petitioner, | § | |
| | § | NO. SA-26-CV-03413-OLG |
| v. | § | |
| | § | |
| SYLVESTER ORTEGA *et al.*, | § | |
| | § | |
| Respondents. | § | |

### DISMISSAL ORDER

Before the Court is the Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by Petitioner Miguel Angel Acevedo Serrano on May 26, 2026, challenging his detention under 8 U.S.C. § 1225(b). In response, Respondents advise that Petitioner is subject to a 2014 final order of removal that was recently reinstated on May 12, 2026. (*See* Dkt. No. 4 at 1; Dkt. No. 4-1 at 1.) Petitioner has since filed a reply, explaining that counsel was not privy to the complete administrative record when the Petition was filed and acknowledging the facts established by Respondents. (Dkt. No. 5 at 1–2.) Because Petitioner is subject to an administratively final order of removal, the Government has 90 days to physically remove him from the United States, during which time his detention is mandatory. *See* 8 U.S.C. § 1231(a); *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021). Accordingly, the instant challenge to Petitioner's pre-removal-order custody is moot and, therefore, **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

**SIGNED** on July ____8____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge